IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MIRIAM TORRES, fka MIRIAM SEVY, | Case No. 4:17-cv-00178-DCN |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| SUGAR-SALEM SCHOOL DISTRICT #322, a political subdivision of the State of Idaho, | |
| Defendants. | |

THIS MATTER, having come regularly before this court on the Parties' Stipulation to Dismiss with Prejudice, and good cause appearing therefore,

THE COURT HEREBY ORDERS, and this does ORDER that the above-captioned matter is hereby Dismissed with Prejudice, and that both parties shall bear their own litigation costs and attorney fees.

DATED: June 28, 2021

David C. Nye
Chief U.S. District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE - 1